**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7264**

_____

PAUL W. FERRELL,

Petitioner - Appellant,

versus

WILLIAM C. DUNCIL,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.   Robert Earl Maxwell, Senior District Judge.  (CA-97-79-2)

_____

Submitted:  March 20, 2000          Decided:  September 12, 2000

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lonnie C. Simmons, Charleston, West Virginia, for Appellant. Darrell V. McGraw, Jr., Attorney General, Barbara H. Allen, Managing Deputy Attorney General, Allen H. Loughry II, Assistant Attorney General, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul W. Ferrell appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ferrell v. Duncil, No. CA-97-79-2 (N.D.W. Va. Aug. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED